**Order entered September 14, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00369-CV**

**IN THE INTEREST OF L.D.R. AND D.J., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-04007-R**

**ORDER**

Before the Court is appellee S.J.'s September 13, 2021 unopposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 27, 2021.

/s/    LANA MYERS
          JUSTICE